UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ZACHARY D. LUDENS,<br><br>                Plaintiff,<br><br>vs.<br><br>CHIEF JUSTICE DAVID E. GILBERTSON, IN HIS OFFICIAL CAPACITY AS THE CHIEF JUSTICE OF THE SOUTH DAKOTA SUPREME COURT; JUSTICE JANINE M. KERN, IN HER OFFICIAL CAPACITY AS A JUSTICE OF THE SOUTH DAKOTA SUPREME COURT; JUSTICE PATRICIA J. DEVANEY, IN HER OFFICIAL CAPACITY AS A JUSTICE OF THE SOUTH DAKOTA SUPREME COURT; JUDGE SUSAN M. SABERS, IN HER OFFICIAL CAPACITY AS THE CHAIR OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; LARRY M. VON WALD, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; JACK H. HIEB, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; JUDGE JANE WIPF PFEIFLE, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; REED RASMUSSEN, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; STEVEN R. BLAIR, IN HIS OFFICIAL CAPACITY AS AN ASSISTANT ATTORNEY GENERAL AND COUNSEL TO THE SOUTH DAKOTA BOARD OF BAR | 5:20-CV-05027-KES<br><br>ORDER GRANTING MOTION TO SEAL |

| | |
|---|---|
| EXAMINERS; SHERIDAN CASH ANDERSON, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; SHIRLEY JAMESON-FERGEL, IN HER OFFICIAL CAPACITY AS THE CLERK OF THE SOUTH DAKOTA SUPREME COURT; AND LAURA J. GRAVES, IN HER OFFICIAL CAPACITY AS THE CHIEF DEPUTY CLERK OF THE SOUTH DAKOTA SUPREME COURT;<br><br>                Defendants. | |

Plaintiff, Zachary D. Ludens, moves the court for a protective order. Docket 2. The court construes Luden's motion as a motion to seal exhibits attached to his complaint because the documents contain confidential and personal information. *See id.* Good cause appearing, it is

ORDERED that Luden's motion to seal (Docket 2) is granted. The attached exhibits (Dockets 2-1–2-26) shall be sealed.

Dated April 30, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE
