

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

## CM/ECF
## PRO SE LITIGANT APPLICATION FORM

This application form is used by non-prisoner pro se litigants to request electronic notice of documents filed in their pending case(s) in U.S. District Court in the District of South Dakota. This form may also be used by non-prisoner pro se litigants to apply for a Case Management/Electronic Case Files (CM/ECF) account for the purpose of electronically filing court documents in their pending case(s). The judge assigned to the pro se litigant's pending case(s) will decide whether or not a request to electronically file court documents is approved. Pro se litigants who are approved to electronically file court documents in CM/ECF will be issued a login and password. The undersigned agrees to abide by all of the requirements and responsibilities contained in this application form. Please check ONE of the following boxes.

☒ I request to receive electronic notice of all documents filed in my pending court case(s) in accordance with the provisions of Fed.R.Civ.P. 5(b), Fed.R.Civ.P. 77(d), and Fed.R.Crim.P. 49(c).

☒ In addition to receiving electronic notice, I request a CM/ECF account so I can electronically file court documents in my pending case(s). The last 4 digits of my Social Security number (to be used in my login ID) are: 1056 .

## REQUIRED INFORMATION

| | |
|---|---|
| First/Middle/Last Name: | Zachary Dean Ludens |
| Name and Number of Pending Cases: | Ludens v. Gilbertson, et. al |
| Address: | 4625 Vista Hills Dr. |
| | Rapid City, SD 57702 |
| Telephone Number: | 615.415.1231 |
| Primary E-mail Address for Electronic Notice: | Zach@ZachLudens.com |
| Secondary E-mail Address for Electronic Notice: | Privilege@ZachLudens.com |

## IMPORTANT INFORMATION

- This application only pertains to U.S. District Court in the District of South Dakota.

- Pro se litigants approved for electronic notice specifically consent to service of court orders, judgments, pleadings, and other papers filed in their case(s) by electronic means in accordance with the provisions of Fed.R.Civ.P. 5(b), Fed.R.Civ.P. 77(d), and Fed.R.Crim.P. 49(c).

- Pro se litigants approved for electronic notice will receive a Notice of Electronic Filing (NEF) e-mail whenever a document is filed in one of their cases. A pro se litigant has one opportunity to look at the document for free by clicking *once* on the document number hyperlink contained in the NEF. The second time a pro se litigant clicks on the document number hyperlink contained in the NEF, he or she will be charged an applicable PACER access fee for viewing the document.

- Pro se litigants approved for electronic notice must register for a PACER account through the PACER Service Center web site located at www.pacer.gov or at 1-800-676-6856. A PACER account may be necessary to look at certain documents and information entered in CM/ECF.

- Unrestricted documents, docket sheets, and other information filed in any U.S. District Court are available for viewing through PACER at www.pacer.gov. Unrestricted documents, docket sheets, and other information filed in U.S. District Court in the District of South Dakota are also available for viewing for free at the public access terminals located in the Clerk's Offices in Sioux Falls, Rapid City, and Pierre.

- Pro se litigants approved for electronic notice are exempted from D.S.D. Civ. LR 5.1(B)(2)(b) and D.S.D. Crim. LR 49.1(B)(2)(b) which require pro se parties to deliver "original [filed document(s)] to the clerk within 14 days of service on the opposing party or parties."

- Pro se litigants approved for electronic notice must immediately notify the Clerk's Office of changes to their contact information using the CM/ECF INFORMATION UPDATE FORM posted on the U.S. District Court's web site at www.sdd.uscourts.gov.

- Pro se litigants approved for electronic notice must ensure the primary and secondary e-mail addresses associated with their CM/ECF account are current and that their mail boxes are configured to accept delivery of electronic notice from the CM/ECF system at all times. The Clerk's Office will make an attempt to resend bounced or failed e-mails, but will not be held responsible for e-mail notices that fail to reach a pro se litigant under these circumstances.

- Pro se litigants approved for electronic filing must receive training on electronic filing from the Clerk's Office before they will be issued a CM/ECF login and password. A login and password are necessary to access the CM/ECF system to electronically file documents.

- Pro se litigants who are issued a CM/ECF login and password to electronically file documents must safeguard their password. If a pro se litigant suspects his or her password has been compromised in any way, he or she must immediately notify the Clerk's Office. Upon notification, the Clerk's Office will delete the compromised password and issue the pro se litigant a new password.

- Pro se litigants who are issued a CM/ECF login and password to electronically file documents agree to abide by the most recent federal rules of procedure, local rules of practice, general orders governing electronic filing, and the procedural requirements outlined in the CM/ECF User Manual and Administrative Procedures posted on the U.S. District Court's web site located at www.sdd.uscourts.gov. In particular, pro se litigants are responsible for the provisions contained in Rule 11 of the Federal Rules of Civil Procedure.

- Pro se litigants who abuse their electronic filing privileges will have their privileges revoked.

- A pro se litigant's CM/ECF login and password will be deactivated upon closure of the litigant's pending cases and expiration of all applicable appeal periods.

- Applicants consent to entry of their primary and secondary e-mail addresses into this court's mass e-mailing system.

Pro Se Litigant's Signature           Date 4/20/2020

Mail Original Form To:     Clerk's Office, U.S. District Court
                           District of South Dakota
                           400 S. Phillips Ave., Room 128
                           Sioux Falls, SD 57104

---

**FOR COURT USE ONLY**

☑ E-Filing approved                              ☐ E-Filing not approved

Judge's Signature  Karen E. Schreier              Date April 30, 2020

| | | | |
|---|---|---|---|
| E-Notice Activated | | Date Assigned | |
| Date E-Notice Activated | | Trained (Y/N) | |
| Login Assigned | | Trained By | |
| Password Assigned | | Date Trained | |