UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ZACHARY D. LUDENS,<br><br>      Plaintiff,<br><br>vs.<br><br>CHIEF JUSTICE DAVID E. GILBERTSON, IN HIS OFFICIAL CAPACITY AS THE CHIEF JUSTICE OF THE SOUTH DAKOTA SUPREME COURT; JUSTICE JANINE M. KERN, IN HER OFFICIAL CAPACITY AS A JUSTICE OF THE SOUTH DAKOTA SUPREME COURT; JUSTICE PATRICIA J. DEVANEY, IN HER OFFICIAL CAPACITY AS A JUSTICE OF THE SOUTH DAKOTA SUPREME COURT; JUDGE SUSAN M. SABERS, IN HER OFFICIAL CAPACITY AS THE CHAIR OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; LARRY M. VON WALD, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; JACK H. HIEB, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; JUDGE JANE WIPF PFEIFLE, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; REED RASMUSSEN, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; STEVEN R. BLAIR, IN HIS OFFICIAL CAPACITY AS AN ASSISTANT ATTORNEY GENERAL AND COUNSEL TO THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; SHERIDAN CASH ANDERSON, IN HER OFFICIAL | 5:20-CV-05027-KES<br><br>ORDER DENYING MOTION FOR SERVICE BY MAIL |

| | |
|---|---|
| CAPACITY AS SECRETARY OF THE SOUTH DAKOTA BOARD OF BAR EXAMINERS; SHIRLEY JAMESON-FERGEL, IN HER OFFICIAL CAPACITY AS THE CLERK OF THE SOUTH DAKOTA SUPREME COURT; AND LAURA J. GRAVES, IN HER OFFICIAL CAPACITY AS THE CHIEF DEPUTY CLERK OF THE SOUTH DAKOTA SUPREME COURT;<br><br>        Defendants. | |

Plaintiff, Zachary D. Ludens, moves the court for an order allowing service by mail under SDCL 15-6-4(i). Docket 5. Under South Dakota law, "[a] defendant may admit service of the summons and complaint rather than requiring the plaintiff to effectuate personal service." *Larson Mfg. Co. of S.D., Inc. v. Western Shocase Homes, Inc.*, 2019 WL 1866326, at *3 (D.S.D. Apr. 25, 2019) (citing SDCL § 15-6-4(i)). Thus, "a summons may be served upon a defendant in any action by mailing a copy of the summons, two copies of the notice and admission of service, conforming substantially to the form provided for in [SDCL] § 15-6-4(j), and a return envelope, postage prepaid, addressed to the sender." SDCL § 15-6-4(i). Because the defendants may admit service of the summons by mail, a court order is not required. Thus, it is

ORDERED that Luden's motion for service (Docket 5) is denied.

Dated April 30, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*<br>
KAREN E. SCHREIER<br>
UNITED STATES DISTRICT JUDGE